■ FITZPATRICK v STRUCTURE TONE, INC. STRUCTURE TONE, INC. v FOREST DATACOM SERVICES, INC. [610 NYS2d 700] —Upon the Court's own motion, the unpublished order of this Court entered on August 12, 1993 is recalled and vacated, and appellant's appeal is withdrawn only to the extent it relates to defendant's claim, as indicated. Concur—Sullivan, J. P., Wallach, Rubin and Nardelli, JJ.